# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MAINE MEDICAL CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:09-cv-652-GZS |
| | ) |
| UNITED STATES, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

The case is before the Court on a limited remand to consider whether judgment should enter on Plaintiff's 2001 tax refund claim.  In accordance with Rule 54(b) and in light of the parties March 22, 2011 Joint Stipulation (Docket # 30), the Court concludes that there is no just reason to delay entry of final judgment on the 2001 tax refund claim.

Therefore, the Clerk shall enter an amended judgment in accordance with this Order and the Court's March 24, 2011 Order (Docket # 32) and thereafter transmit a copy of this Order and the Amended Judgment to the First Circuit Court of Appeals.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 13th day of March, 2012.